1  Kenneth G. Parker (Bar No. 182911)
     kenneth.parker@haynesboone.com
2  Kimberly A. Chase (Bar No. 253311)
     kimberly.chase@haynesboone.com
3  HAYNES AND BOONE, LLP
   18100 Von Karman, Suite 750
4  Irvine, California 92612
   T: (949) 202-3000 | F: (949) 202-3157
5

6  **Attorneys for Plaintiff / Counterdefendant Coastal Cocktails, Inc.**

7  Karin G. Pagnanelli (SBN 174763)          Paul E. BENSON (*pro hac vice*)
     kgp@msk.com                               PEBenson@michaelbest.com
8  ALEXA L. LEWIS (SBN 235867)              Katrina G. Hull (*pro hac vice*)
     all@msk.com                               KGHull@michaelbest.com
9  MITCHELL SILBERBERG & KNUPP              MICHAEL BEST & FRIEDRICH LLP
   LLP                                       100 E. Wisconsin Avenue, Suite 3300
10 11377 West Olympic Boulevard              Milwaukee, Wisconsin 53202-4108
   Los Angeles, California 90064-1683        Telephone:  (414) 271-6560
11 Telephone:  (310) 312-2000                Facsimile:  (414) 277-0656
   Facsimile:  (310) 312-3100
12
   Paul Coble (*pro hac vice*)
13   PCoble@michaelbest.com
   MICHAEL BEST & FRIEDRICH LLP
14 180 N. Stetson Ave., Suite 2000
   Chicago, Illinois 60601
15 Telephone:  (312) 596-5806
   Facsimile:  (312) 222-0818
16
   **Attorneys for Defendant / Counterclaimant MSRF, Inc.**
17

18                       UNITED STATES DISTRICT COURT

19                     CENTRAL DISTRICT OF CALIFORNIA

20                              SOUTHERN DIVISION

21 | COASTAL COCKTAILS, INC., a         | Case No. SACV12-01738-JST (MLGx)
22 | California corporation,            | Hon. Josephine Staton Tucker
   |                                    |
23 |         Plaintiff,                 | **STIPULATION OF DISMISSAL WITH PREJUDICE**
   |                                    |
24 |    vs.                             | [F.R.C.P. 41(a)(1)(A)(ii)]
   |                                    |
25 | MSRF, INC., an Illinois            | Complaint Filed:      October 9, 2012
   | corporation, DOES 1 through 10,    | Trial Date:           January 28, 2014
26 | inclusive,                         |
   |                                    |
27 |         Defendants.                |
   |                                    |
28 | [and related counterclaims]        |

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' confidential settlement agreement, Plaintiff/Counterdefendant Coastal Cocktails, Inc. hereby dismisses its complaint in its entirety with prejudice, and Defendant/Counterclaimant MSRF, Inc. hereby dismisses its counterclaim in its entirety with prejudice.

DATED: August 15, 2013       HAYNES AND BOONE, LLP

By: /s/ Kimberly A. Chase
Kimberly A. Chase
Attorneys for Plaintiff / Counterdefendant
COASTAL COCKTAILS, INC.

DATED: August 15, 2013       MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Karin G. Pagnanelli
Karin G. Pagnanelli
Attorneys for Defendant / Counterclaimant
MSRF, INC.

Pursuant to Local Rule 5-34.3.4(a)(2)(i), as the filer of this Stipulation of Dismissal, I attest that all other signatories listed, and on whose behalf this Stipulation of Dismissal is submitted, concur in this document's content and have authorized this filing.

DATED: August 15, 2013       HAYNES AND BOONE, LLP

By: /s/ Kimberly A. Chase
Kimberly A. Chase
Attorneys for Plaintiff / Counterdefendant
COASTAL COCKTAILS, INC.